IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>KAYODE GEORGE GANSAH,<br><br>Defendant. | Case №:2:14-mj-0169 DAD<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  18 USC § 922(g)(1)

CJA Panel attorney William Bonham is hereby appointed effective September 29, 2014, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  September 30, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL            1