BENJAMIN B. WAGNER
United States Attorney
Jason Hitt
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-MJ-0169 DAD |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| KAYODE GANSAH, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Kayode GANSAH, by and through his counsel William Bonham, Esq., that good cause exists to extend the preliminary hearing currently set for October 7, 2014, at 2:00 p.m. to October 14, 2014, pursuant to Rule 5.1(d) of the Federal Rule of Criminal Procedure

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the defendant must review the initial production of discovery. Counsel for the defendant will be unavailable before October 14, 2014, and government counsel requested to move the preliminary hearing date from October 7, 2014, based upon scheduling conflicts. For these reasons, the defendant agrees that a continuance of the preliminary hearing date will not prejudice him.

The parties further stipulate that the ends of justice are served by the Court excluding time from October 7, 2014, to October 14, 2013, so that counsel for the defendant may have reasonable time

STIPULATION AND [PROPOSED] ORDER CONTINUING
PRELIMINARY HEARING AND EXCLUDING TIME

1

1 necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

2 § 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs time to review discovery and

3 effectively evaluate the posture of the case, and conduct investigation into any possible defenses he may

4 have to the charges.  Id.  For these reasons, the defendant, defense counsel, and the government stipulate

5 and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy

6 trial.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: October 3, 2014                          /s/Jason Hitt
                                                JASON HITT
                                                Assistant U.S. Attorney

DATED: October 3, 2014                          /s/Jason Hitt for Mr. Bonham
                                                WILLIAM BONHAM, ESQ.
                                                Counsel for defendant
                                                KAYODE GANSAH
                                                Authorized to sign for Mr. Bonham
                                                on 10-02-14

STIPULATION AND [PROPOSED] ORDER CONTINUING
PRELIMINARY HEARING AND EXCLUDING TIME

2

**O R D E R**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Gansah</u>, Case No. 2:14-MJ-00169 DAD, from October 7, 2014, to October 14, 2014, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, time under the Speedy Trial Act shall be excluded up to and including October 14, 2014.

**IT IS SO ORDERED.**

DATE: October 3, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING
PRELIMINARY HEARING AND EXCLUDING TIME

3