William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
KAYODE GEORGE GANSAH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>KAYODE GEORGE GANSAH,<br><br>            Defendant. | No.  2:14-CR-00280-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE BAIL REVIEW** |

    The defendant, KAYODE GEORGE GANSAH, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the bail review currently set for Friday, October 24, 2014 at 2:00 pm be vacated and reset for Thursday, October 30, 2014 at 2:00 pm. PTS Officer Taifa Gaskins has been informed of the proposed continuance and has no objection.

    The reason for the continuance is because an evidentiary hearing was recently set before Judge Mueller for Friday, October 24, 2014 at 1:30 pm in conflict with the currently scheduled bail review.

    I, William E. Bonham, the filing party, have received authorization from AUSA Jason Hitt to sign and submit this

1 stipulation and proposed order on his behalf.

2    Accordingly, the defense and the United States agree and
3 stipulate that the bail review for defendant Kayode George Gansah
4 should be reset for Thursday, October 30, 2014 at 2:00 pm before
5 the Honorable Magistrate Judge Dale A. Drozd.

6 Dated: October 23, 2014          BENJAMIN B. WAGNER
                                   United States Attorney
7
                                   By:/s/ WILLIAM BONHAM for
8                                  JASON HITT
                                   Assistant U.S. Attorney
9

10 Dated: October 23, 2014          By:/s/ WILLIAM BONHAM for
                                   WILLIAM BONHAM
11                                 Counsel for defendant
                                   KAYODE GEORGE GANSAH
12

2

**ORDER**

IT IS SO ORDERED. The bail review currently set for Friday, October 24, 2014, at 2:00 p.m., is vacated and reset for Thursday, October 30, 2014, at 2:00 p.m.

Dated: October 23, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3