William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
KAYODE GEORGE GANSAH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>KAYODE GEORGE GANSAH,<br><br>            Defendant. | No.  2:14-CR-00280-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
|---|---|

The defendant, KAYODE GEORGE GANSAH, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Thursday, November 20, 2014 at 9:00 am be vacated and reset for Thursday, December 11, 2014 at 9:00 am.

A continuance is necessary to provide defense counsel additional time to review the discovery, hold discussions with his client and negotiations with the government toward a potential resolution of the charges.

///

///

1

1    The parties further stipulate that the failure to grant a
2 continuance in this matter would deny counsel reasonable time
3 necessary for effective preparation, taking into account the
4 exercise of due diligence; that the ends of justice served by
5 granting this continuance outweigh the best interest of the
6 public and the defendant in a speedy trial; and that time should
7 be excluded from the computation of time within which trial must
8 commence under the Speedy Trial Act from November 20, 2014, up to
9 and including December 11, 2014, pursuant to 18 U.S.C. § 3161
10 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
11 counsel reasonable time to prepare.
12    I, William E. Bonham, the filing party, have received
13 authorization from AUSA Jason Hitt to sign and submit this
14 stipulation and proposed order on his behalf.
15    Accordingly, the defense and the United States agree and
16 stipulate that the status conference for defendant Kayode George
17 Gansah should be reset for Thursday, December 11, 2014 at 9:00 am
18 before the Honorable Morrison C. England, Jr.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

```
Dated: November 19, 2014           BENJAMIN B. WAGNER
                                   United States Attorney

                                   By:/s/ WILLIAM BONHAM for
                                   JASON HITT
                                   Assistant U.S. Attorney


Dated: November 19, 2014           By:/s/ WILLIAM BONHAM for
                                   WILLIAM BONHAM
                                   Counsel for defendant
                                   KAYODE GEORGE GANSA
```

ORDER

IT IS SO ORDERED.

DATED: November 26, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT