1  William E. Bonham, SBN: 55478
   Attorney At Law
2  Hotel de France Bldg. Old Sacramento
   916 2nd Street, 2nd Floor, Suite A
3  Sacramento, CA 95814
   Telephone:(916) 557-1113
4  Facsimile: (916) 557-1118
   E-mail: billbonham@mylaw.comcastbiz.net
5
   Attorney for defendant
6  KAYODE GEORGE GANSAH

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          No.  2:14-CR-00280-MCE

12              Plaintiff,

13      v.                            **STIPULATION AND ORDER TO**
                                      **CONTINUE STATUS CONFERENCE**
14 KAYODE GEORGE GANSAH,

15              Defendant.

16

17

18      The defendant, KAYODE GEORGE GANSAH, by and through his

19 undersigned counsel and the United States by and through its

20 undersigned counsel, hereby agree and request that the status

21 conference currently set for Thursday, December 11, 2014 at 9:00

22 am be vacated and reset for Thursday, January 8, 2015 at 9:00 am.

23      A continuance is necessary to provide defense counsel

24 additional time to review the discovery, investigate the case,

25 hold discussions with his client and negotiations with the

26 government toward a potential resolution of the charges.

27      The parties further stipulate that the failure to grant a

28 continuance in this matter would deny counsel reasonable time

                                    1

1   necessary for effective preparation, taking into account the

2   exercise of due diligence; that the ends of justice served by

3   granting this continuance outweigh the best interest of the

4   public and the defendant in a speedy trial; and that time should

5   be excluded from the computation of time within which trial must

6   commence under the Speedy Trial Act from December 11, 2014, up to

7   and including January 8, 2015, pursuant to 18 U.S.C. § 3161

8   (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense

9   counsel reasonable time to prepare.

10        I, William E. Bonham, the filing party, have received

11   authorization from AUSA Jason Hitt to sign and submit this

12   stipulation and proposed order on his behalf.

13        Accordingly, the defense and the United States agree and

14   stipulate that the status conference for defendant Kayode George

15   Gansah should be reset for Thursday, January 8, 2015 at 9:00 am

16   before the Honorable Morrison C. England, Jr.

17   Dated: December 10, 2014          BENJAMIN B. WAGNER
                                        United States Attorney
18
                                        By:/s/ WILLIAM BONHAM for
19                                      JASON HITT
                                        Assistant U.S. Attorney
20

21   Dated: December 10, 2014          By:/s/ WILLIAM BONHAM for
                                        WILLIAM BONHAM
22                                      Counsel for defendant
                                        KAYODE GEORGE GANSAH
23

24

25

26

27

28

                                    2

**ORDER**

IT IS SO ORDERED.  The status conference currently set for Thursday, December 11, 2014 at 9:00 am is vacated and reset for Thursday, January 8, 2015, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from December 11, 2014, up to and including the date of the new status conference, January 8, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

IT IS SO ORDERED.

Dated:  December 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3