William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
KAYODE GEORGE GANSAH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAYODE GEORGE GANSAH,<br><br>　　　　Defendant. | No.  2:14-CR-00280-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

　　The defendant, KAYODE GEORGE GANSAH, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby stipulate and request that the status conference currently set for Thursday, February 19, 2015 at 9:00 am be vacated and reset for Thursday, March 26, 2015 at 9:00 am.

　　A continuance is necessary to provide defense counsel with additional time to review the discovery, investigate the case, hold discussions with his client and negotiations with the government toward a potential resolution of the charges.

　　The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time

1 necessary for effective preparation, taking into account the
2 exercise of due diligence; that the ends of justice served by
3 granting this continuance outweigh the best interest of the
4 public and the defendant in a speedy trial; and that time should
5 be excluded from the computation of time within which trial must
6 commence under the Speedy Trial Act from February 19, 2015, up to
7 and including March 26, 2015, pursuant to 18 U.S.C. § 3161
8 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
9 counsel reasonable time to prepare.

10     I, William E. Bonham, the filing party, have received
11 authorization from AUSA Jason Hitt to sign and submit this
12 stipulation and proposed order on his behalf.

13     Accordingly, the defense and the United States agree and
14 stipulate that the status conference for defendant Kayode George
15 Gansah should be reset for Thursday, March 26, 2015 at 9:00 am
16 before the Honorable Morrison C. England, Jr.

17 Dated: February 18, 2015          BENJAMIN B. WAGNER
                                     United States Attorney
18
                                     By:/s/ WILLIAM BONHAM for
19                                   JASON HITT
                                     Assistant U.S. Attorney
20

21 Dated: February 18, 2015          By:/s/ WILLIAM BONHAM for
                                     WILLIAM BONHAM
22                                   Counsel for defendant
                                     KAYODE GEORGE GANSAH
23

24

25

26

27

28

2

**ORDER**

The status conference currently set for Thursday, February 19, 2015 at 9:00 am is vacated and reset for Thursday, March 26, 2015, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from February 19, 2015, up to and including the date of the new status conference, March 26, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.  The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

IT IS SO ORDERED.

Dated:   February 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3