William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
KAYODE GEORGE GANSAH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>KAYODE GEORGE GANSAH,<br><br>             Defendant. | No.  2:14-CR-00280-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The defendant, KAYODE GEORGE GANSAH, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby stipulate and request that the status conference currently set for Thursday, March 26, 2015 at 9:00 am be vacated and reset for Thursday, April 9, 2015 at 9:00 am.

A continuance is necessary because defense counsel is currently in trial in Sacramento County Superior Court in the matter of People v. Aguilera, case no. 11F06897.  The trial is currently expected to last at least 2 weeks.

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the

1  exercise of due diligence; that the ends of justice served by
2  granting this continuance outweigh the best interest of the
3  public and the defendant in a speedy trial; and that time should
4  be excluded from the computation of time within which trial must
5  commence under the Speedy Trial Act from March 26, 2015, up to
6  and including April 9, 2015, pursuant to 18 U.S.C. § 3161
7  (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
8  counsel reasonable time to prepare.
9      I, William E. Bonham, the filing party, have received
10 authorization from AUSA Jason Hitt to sign and submit this
11 stipulation and proposed order on his behalf.
12     Accordingly, the defense and the United States agree and
13 stipulate that the status conference for defendant Kayode George
14 Gansah should be reset for Thursday, April 9, 2015 at 9:00 am
15 before the Honorable Morrison C. England, Jr.

Dated: March 23, 2015            BENJAMIN B. WAGNER
                                 United States Attorney

                                 By:/s/ WILLIAM BONHAM for
                                 JASON HITT
                                 Assistant U.S. Attorney

Dated: March 23, 2015            By:/s/ WILLIAM BONHAM for
                                 WILLIAM BONHAM
                                 Counsel for defendant
                                 KAYODE GEORGE GANSAH

1  **ORDER**

2  The status conference currently set for Thursday, March 26,
3  2015 at 9:00 am is vacated and reset for Thursday, April 9, 2015,
4  at 9:00 am.  The Court finds that the failure to grant such a
5  continuance would deny counsel reasonable time necessary for
6  effective preparation, taking into account the exercise of due
7  diligence.  Accordingly, the time within which the trial of this
8  case must be commenced under the Speedy Trial Act is excluded
9  from March 26, 2015, up to and including the date of the new
10 status conference, April 9, 2015, pursuant to 18 U.S.C. §
11 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. §
12 3161(h)(1)(D) and Local Code E upon the filing of motions.  More
13 specifically, the Court finds that the ends of justice served by
14 granting this continuance outweigh the best interest of the
15 public and defendants in a speedy trial within the meaning of 18
16 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

17   IT IS SO ORDERED.

18 Dated:  March 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT