```
William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net


Attorney for defendant
KAYODE GEORGE GANSAH
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KAYODE GEORGE GANSAH,<br><br>          Defendant. | No.  2:14-CR-00280-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

   The defendant, KAYODE GEORGE GANSAH, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby stipulate and request that the status conference currently set for Thursday, June 11, 2015 at 9:00 am be vacated and reset for Thursday, July 9, 2015 at 9:00 am.

   A continuance is necessary to allow for the production of additional discovery; as well as to allow defense counsel time to conduct additional investigation, evaluate the case, hold discussions with his client and negotiations with the government toward a potential resolution of the charges.

   The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time

1

1  necessary for effective preparation, taking into account the
2  exercise of due diligence; that the ends of justice served by
3  granting this continuance outweigh the best interest of the
4  public and the defendant in a speedy trial; and that time should
5  be excluded from the computation of time within which trial must
6  commence under the Speedy Trial Act from June 11, 2015, up to and
7  including July 9, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(A)
8  and (B)(iv) and Local Code T-4, to allow defense counsel
9  reasonable time to prepare.
10       I, William E. Bonham, the filing party, have received
11 authorization from AUSA Jason Hitt to sign and submit this
12 stipulation and proposed order on his behalf.
13       Accordingly, the defense and the United States agree and
14 stipulate that the status conference for defendant Kayode George
15 Gansah should be reset for Thursday, July 9, 2015 at 9:00 am
16 before the Honorable Morrison C. England, Jr.

17 Dated: June 9, 2015                BENJAMIN B. WAGNER
                                      United States Attorney
18
                                      By:/s/ WILLIAM BONHAM for
19                                    JASON HITT
                                      Assistant U.S. Attorney
20

21 Dated: June 9, 2015                By:/s/ WILLIAM BONHAM for
                                      WILLIAM BONHAM
22                                    Counsel for defendant
                                      KAYODE GEORGE GANSAH
23
24
25
26
27
28

**<u>ORDER</u>**

The status conference currently set for Thursday, June 11, 2015 at 9:00 am is vacated and reset for Thursday, July 9, 2015, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from June 11, 2015, up to and including the date of the new status conference, July 9, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

IT IS SO ORDERED.

Dated:   June 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT