William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
KAYODE GEORGE GANSAH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:14-CR-00280-MCE |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| KAYODE GEORGE GANSAH, | |
| Defendant. | |

　　　The defendant, KAYODE GEORGE GANSAH, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby stipulate and request that the status conference currently set for Thursday, July 9, 2015 at 9:00 am be vacated and reset for Thursday, August 13, 2015 at 9:00 am.

　　　A continuance is necessary to allow defense counsel more time to complete defense investigation of new discovery provided by the government, evaluate the case, to have additional discussions with his client and negotiations with the government toward a potential resolution of the charges.

　　　The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time

1

necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from July 9, 2015, up to and including August 13, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

    I, William E. Bonham, the filing party, have received authorization from AUSA Jason Hitt to sign and submit this stipulation and proposed order on his behalf.

    Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Kayode George Gansah should be reset for Thursday, August 13, 2015 at 9:00 am before the Honorable Morrison C. England, Jr.

Dated: July 7, 2015          BENJAMIN B. WAGNER
                                       United States Attorney

                                       By:/s/ WILLIAM BONHAM for
                                       JASON HITT
                                       Assistant U.S. Attorney

Dated: July 7, 2015          By:/s/ WILLIAM BONHAM for
                                       WILLIAM BONHAM
                                       Counsel for defendant
                                       KAYODE GEORGE GANSAH

**ORDER**

The status conference currently set for Thursday, July 9, 2015 at 9:00 am is vacated and reset for Thursday, August 13, 2015, at 9:00 am.  The Court specifically finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from July 9, 2015, up to and including the date of the new status conference, August 13, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  The Court further finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

IT IS SO ORDERED.

Dated:   July 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT