William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
KAYODE GEORGE GANSAH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>KAYODE GEORGE GANSAH,<br><br>            Defendant. | No.  2:14-CR-00280-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The defendant, KAYODE GEORGE GANSAH, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby stipulate and request that the status conference currently set for Thursday, August 13, 2015 at 9:00 am be vacated and reset for Thursday, September 10, 2015 at 9:00 am.

A continuance is necessary to allow defense counsel more time to complete defense investigation of new discovery provided by the government, including setting appointment with the government for evidence review, evaluate the case, to have additional discussions with his client and negotiations with the government toward a potential resolution of the charges.

The parties further stipulate that the failure to grant a

1  continuance in this matter would deny counsel reasonable time
2  necessary for effective preparation, taking into account the
3  exercise of due diligence; that the ends of justice served by
4  granting this continuance outweigh the best interest of the
5  public and the defendant in a speedy trial; and that time should
6  be excluded from the computation of time within which trial must
7  commence under the Speedy Trial Act from August 13, 2015, up to
8  and including September 10, 2015, pursuant to 18 U.S.C. § 3161
9  (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
10 counsel reasonable time to prepare.
11     I, William E. Bonham, the filing party, have received
12 authorization from AUSA Jason Hitt to sign and submit this
13 stipulation and proposed order on his behalf.
14     Accordingly, the defense and the United States agree and
15 stipulate that the status conference for defendant Kayode George
16 Gansah should be reset for Thursday, September 10, 2015 at 9:00
17 am before the Honorable Morrison C. England, Jr.

18 Dated: August 11, 2015                BENJAMIN B. WAGNER
                                         United States Attorney
19
                                         By:/s/ WILLIAM BONHAM for
20                                       JASON HITT
                                         Assistant U.S. Attorney
21

22 Dated: August 11, 2015                By:/s/ WILLIAM BONHAM for
                                         WILLIAM BONHAM
23                                       Counsel for defendant
                                         KAYODE GEORGE GANSAH
24
25
26
27
28

                                 2

**ORDER**

IT IS SO ORDERED. The status conference currently set for Thursday, August 13, 2015 at 9:00 am is vacated and reset for Thursday, September 10, 2015, at 9:00 am. The Court finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from August 13, 2015, up to and including the date of the new status conference, September 10, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

IT IS SO ORDERED.

Dated:  August 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT