William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
KAYODE GEORGE GANSAH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:14-CR-00280-MCE |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| KAYODE GEORGE GANSAH, | |
| Defendant. | |

The defendant, KAYODE GEORGE GANSAH, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby stipulate and request that the status conference currently set for Thursday, September 24, 2015 at 9:00 am be vacated and reset for Thursday, November 12, 2015 at 9:00 am.

A continuance is necessary to allow the parties additional time to resolve issues related to an evidence review requested by the defense and to complete the review; as well as to allow defense counsel time to conduct additional investigation, evaluate the case, hold discussions with his client and negotiations with the government toward a potential resolution of

1

the charges.

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from September 24, 2015, up to and including November 12, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Jason Hitt to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Kayode George Gansah should be reset for Thursday, November 12, 2015 at 9:00 am before the Honorable Morrison C. England, Jr.

Dated: September 22, 2015         BENJAMIN B. WAGNER
                                  United States Attorney

                                  By:/s/ WILLIAM BONHAM for
                                  JASON HITT
                                  Assistant U.S. Attorney

Dated: September 22, 2015         By:/s/ WILLIAM BONHAM for
                                  WILLIAM BONHAM
                                  Counsel for defendant
                                  KAYODE GEORGE GANSAH

2

**ORDER**

IT IS SO ORDERED.  The status conference currently set for Thursday, September 24, 2015 at 9:00 am is vacated and reset for Thursday, November 12, 2015, at 9:00 am.

The Court finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from September 24, 2015, up to and including the date of the new status conference, November 12, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

IT IS SO ORDERED.

Dated:  September 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3