PAUL R. IRISH, SBN 61592
Attorney at Law
2001 AS@ Street
Sacramento, California   95811
Telephone:   (916) 454-0966

Attorney for Defendant
KAYODE GEORGE GANSAH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>KAYODE GEORGE GANSAH,<br><br>            Defendant. | Case No. 2:14-cr-0280-MCE<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date:   February 4, 2016<br>Time:   9:00 a.m.<br>Judge: Morrison C. England<br>Dept:   7 |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant U.S. Attorney, attorney for plaintiff, and Paul R. Irish, attorney for defendant, Kayode George Gansah, that the current status conference hearing date of February 4, 2016, be vacated and the matter rescheduled for April 21, 2016 at 9:00 a.m.

   The request to continue the status conference is made for the following reasons:

   (1)   Additional time is needed to complete ongoing investigation in this matter; and

   (2)   Additional time is needed to conduct further negotiations for potential resolution of this case.

   The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).   This exclusion of time includes the period from February 4, 2016, up to and including April 21, 2016.

STIPULATION AND ORDER

Assistant U.S. Attorney Jason Hitt agrees to this request and has authorized defendant=s attorney, Paul R. Irish to sign this Stipulation on his behalf.

IT IS SO STIPULATED.

DATED:  2/2/2016                           /s/ Paul R. Irish
                                           PAUL R. IRISH, Attorney for Defendant
                                           KAYODE GEORGE GANSAH

DATED:  2/2/2016                           /s/ Paul R. Irish for
                                           JASON HITT
                                           Assistant U.S. Attorney

**ORDER**

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the status conference currently set for February 4, 2016, shall be rescheduled to April 21, 2016, at 9:00 a.m.  Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.   Accordingly, time under the Speedy Trial Act shall be excluded under '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from February 4, 2016, up to and including April 21, 2016.

IT IS SO ORDERED.

Dated:   February 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER