PAUL R. IRISH, SBN 61592
Attorney at Law
2001 **A**S**@** Street
Sacramento, California   95811
Telephone:   (916) 454-0966

Attorney for Defendant
KAYODE GEORGE GANSAH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>KAYODE GEORGE GANSAH,<br><br>           Defendant. | Case No. 2:14-cr-0280-MCE<br><br>STIPULATION AND<br>ORDER TO CONTINUE STATUS<br>CONFERENCE<br><br>Date:   April 14, 2016<br>Time:   9:30 a.m.<br>Judge: Morrison C. England<br>Dept:   7 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant U.S. Attorney, attorney for plaintiff, and Paul R. Irish, attorney for defendant, Kayode George Gansah, that the current status conference hearing date of April 14, 2016, be vacated and the matter rescheduled for May 12, 2016 at 9:00 a.m.

The request to continue the status conference is made for the following reasons:

(1)    Additional time is needed to complete ongoing investigation in this matter;(2)

Additional time is needed to complete review of extensive discovery in this matter and, based thereon, be prepared to proceed to conduct of jury trial herein, should the matter proceed to jury trial; and

(3)    Additional time is needed to conduct further negotiations and for preparation and review of a Plea Agreement regarding resolution of this case.

STIPULATION AND ORDER                                                                                                        Page 1

1  The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  This exclusion of time includes the period from April 14, 2016, up to and including May 12, 2016.

 Assistant U.S. Attorney Jason Hitt agrees to this request and has authorized defendant=s attorney, Paul R. Irish to sign this Stipulation on his behalf.

 IT IS SO STIPULATED.

```
DATED:         4/11/2016                              /s/ Paul R. Irish
                                       PAUL R. IRISH, Attorney for Defendant
                                       KAYODE GEORGE GANSAH


DATED:         4/11/2016                              /s/ Paul R. Irish for
                                       JASON HITT
                                       Assistant U.S. Attorney
```

### ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the status conference currently set for April 14, 2016, shall be rescheduled to May 12, 2016, at 9:00 a.m. in courtroom 7.  Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded under '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from April 14, 2016, up to and including May 12, 2016.

 IT IS SO ORDERED.

Dated:   April 13, 2016

```
_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
```