PAUL R. IRISH, SBN 61592
Attorney at Law
2001 AS@ Street
Sacramento, California   95811
Telephone:   (916) 454-0966

Attorney for Defendant
KAYODE GEORGE GANSAH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KAYODE GEORGE GANSAH,<br><br>  Defendant. | Case No. 2:14-cr-0280-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  June 16, 2016<br>Time:  9:00 a.m.<br>Judge: Morrison C. England<br>Dept:   7 |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant U.S. Attorney, attorney for plaintiff, and Paul R. Irish, attorney for defendant, Kayode George Gansah, that the current status conference hearing date of June 16, 2016, be vacated and the matter rescheduled for August 11, 2016 at 9:00 a.m.

The request to continue the status conference is made for the following reasons:

(1)   Additional time is needed to complete ongoing investigation in this matter;(2)

Additional time is needed to complete review of extensive discovery in this matter and, based thereon, be prepared to proceed to conduct of jury trial herein, should the matter proceed to jury trial; and

(3)   Additional time is needed to conduct further negotiations and for preparation and review of a Plea Agreement regarding resolution of this case.  A proposed Plea Agreement has been transmitted to the defense and negotiations regarding that proposed Plea Agreement are still

STIPULATION AND ORDER                                                                                                           1

ongoing.

The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). This exclusion of time includes the period from June 16, 2016, up to and including August 11, 2016.

Assistant U.S. Attorney Jason Hitt agrees to this request and has authorized defendant=s attorney, Paul R. Irish to sign this Stipulation on his behalf.

IT IS SO STIPULATED.

DATED:   6/15/2016            /s/ Paul R. Irish
                              PAUL R. IRISH, Attorney for Defendant
                              KAYODE GEORGE GANSAH

DATED:   6/15/2016            /s/ Paul R. Irish for
                              JASON HITT
                              Assistant U.S. Attorney

### ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the status conference currently set for June 16, 2016, shall be rescheduled to August 11, 2016, at 9:00 a.m. in Department 7. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from June 16, 2016, up to and including August 11, 2016.

IT IS SO ORDERED.

Dated:   June 17, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE