PAUL R. IRISH, SBN 61592
Attorney at Law
2001 **A**S**@** Street
Sacramento, California    95811
Telephone:    (916) 454-0966

Attorney for Defendant
KAYODE GEORGE GANSAH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 2:14-cr-0280-MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| KAYODE GEORGE GANSAH, | Date:    August 11, 2016 |
| Defendant. | Time:    9:00 a.m. |
| | Judge:  Morrison C. England |
| | Dept:    7 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant U.S. Attorney, attorney for plaintiff, and Paul R. Irish, attorney for defendant, Kayode George Gansah, that the current status conference hearing date of August 11, 2016, be vacated and the matter rescheduled for September22, 2016 at 9:00 a.m.

The request to continue the status conference is made for the following reasons:

(1)    Additional time is needed to complete ongoing investigation in this matter;

(2)    Additional time is needed to complete review of extensive discovery in this matter and, based thereon, be prepared to proceed to conduct of jury trial herein, should the matter proceed to jury trial; and

(3)    Counsel, at this point in time, anticipate filing of a Motion to Suppress Evidence/Traverse Search Warrant.   Counsel will be submitting, prior to the next status conference date, a stipulated briefing schedule regarding that Motion.   It is further anticipated that once a stipulated briefing schedule

STIPULATION AND ORDER                                                                                          Page 1

1   has been approved by this court, the requested status conference date of September 22, 2016, could be

2   vacated.

3        The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C.

4   '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).   This exclusion of time includes the

5   period from August 11, 2016, up to and including September 22, 2016.

6        Assistant U.S. Attorney Jason Hitt agrees to this request and has authorized defendant=s attorney,

7   Paul R. Irish to sign this Stipulation on his behalf.

8
        IT IS SO STIPULATED.
9

10  DATED: _____8/9/2016_____          _____/s/ Paul R. Irish_____
                                               PAUL   R.   IRISH,   Attorney   for
11      Defendant
                                               KAYODE GEORGE GANSAH
12

13  DATED: _____8/9/2016_____          _____/s/ Paul R. Irish for_____
                                               JASON HITT
14                                             Assistant U.S. Attorney

15

16                               **ORDER**

17       Having received, read, and considered the stipulation of the parties, and good cause appearing

18  therefrom, the Court orders that the status conference currently set for August 11, 2016, shall be

19  rescheduled to September 22, 2016, at 9:00 a.m. in Department 7.

20       Based on the stipulations and representations of the parties, the Court finds that the ends of justice

21  outweigh the best interests of the public and the defendant in a speedy trial.   Accordingly, time under the

22  Speedy Trial Act shall be excluded under '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare),

23  from August 11, 2016, up to and including September 22, 2016.

24       IT IS SO ORDERED.

25  Dated:   August 10, 2016

26

27                                             _____
                                               MORRISON C. ENGLAND, JR
                                               UNITED STATES DISTRICT JUDGE

28  STIPULATION AND ORDER                                               Page 2