```
 1  PAUL R. IRISH, SBN 61592
    Paul R. Irish
 2  Attorney at Law
    2001 S Street
 3  Sacramento, California   95811
    Telephone:   (916) 454-0966
 4
    Attorney for Defendant
 5  KAYODE GEORGE GANSAH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAYODE GEORGE GANSAH,<br><br>Defendant. | Case No. 2:14-cr-0280-MCE<br><br>ORDER DENYING REQUEST TO SEAL DOCUMENT<br>Rule 141 [Fed. R. Crim. P. 49, 49.1]<br><br>Judge: Morrison C. England<br>Dept: 7 |
|---|---|

Presently before the Court is Defendant's Request to Seal (ECF No. 61). That motion is deficient as filed for failure to address the requirements set forth in <u>Oregonian Publishing Co. v. U.S. District Court for the District of Oregon</u>, 920 F.2d 1462, 1465-66 (9th Cir. 1990) and is thus DENIED without prejudice.

IT SO ORDERED.

Dated:   September 21, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE