PAUL R. IRISH, SBN 61592
Attorney at Law
2001 **A**S**@** Street
Sacramento, California   95811
Telephone:   (916) 454-0966

Attorney for Defendant
KAYODE GEORGE GANSAH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAYODE GEORGE GANSAH,<br><br>Defendant. | Case No. 2:14-cr-0280-MCE<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING DATE<br><br>Date:   November 10, 2016<br>Time:   10:00 a.m.<br>Judge: Morrison C. England<br>Dept:   7 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant U.S. Attorney, attorney for plaintiff, and Paul R. Irish, attorney for defendant, Kayode George Gansah, that the current change of plea hearing date of November 10, 2016, be vacated and the matter rescheduled for December 15, 2016 at 10:00 a.m.

The request to continue the change of plea hearing date is made for the following reasons:

(1)   On November 7, 2016, counsel for defendant received a telephone call from George Vidalas, U.S. Probation Office, Eastern District of California, informing counsel for defendant Gansah that he had recently become aware of a Petition for Arrest Warrant for Offender Under Supervision filed in the Northern District of California on August 1, 2014, and

STIPULATION AND ORDER                                                                                                                         1

transferred to this Eastern District of California on September 8, 2014.

(2)  Mr. Vidalas indicated that based upon his recently becoming aware of the Petition, he was assigning this matter to a probation officer to file the Petition, seeking that it be heard in this Department, since the underlying allegations relating to the alleged violation are the same as the charges subject to this Plea Agreement.

(3)  Based thereon, both Assistant U.S. Attorney Jason Hitt and myself believe that it would be appropriate and serve judicial economy for the charge in this proceeding, the subject of the Plea Agreement, and the Petition for violation of terms of supervised released from the Northern District of California to be resolved at the same time.

(4)  Therefore, additional time is needed for both the Government and defense to seek a resolution of the forthcoming Petition for violation of terms of supervised release, in addition to the charge in this case.

The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  This exclusion of time includes the period from November 10, 2016, up to and including December 15, 2016.

Assistant U.S. Attorney Jason Hitt agrees to this request and has authorized defendant=s attorney, Paul R. Irish to sign this Stipulation on his behalf.

IT IS SO STIPULATED.

DATED:  11/8/2016            /s/ Paul R. Irish
                             PAUL R. IRISH, Attorney for Defendant
                             KAYODE GEORGE GANSAH


DATED:  11/8/2016            /s/ Paul R. Irish for
                             JASON HITT
                             Assistant U.S. Attorney

**ORDER**

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the change of plea hearing date currently set for November 10, 2016, shall be rescheduled to December 15, 2016, at 10:00 a.m. in Department 7.

Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from November 10, 2016, up to and including December 15, 2016.

IT IS SO ORDERED.

Dated: November 14, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE