PAUL R. IRISH, SBN 61592
Attorney at Law
2001 **A**S**@** Street
Sacramento, California   95811
Telephone:   (916) 454-0966

Attorney for Defendant
KAYODE GEORGE GANSAH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Case No. 2:14-cr-0280-MCE |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING DATE |
| KAYODE GEORGE GANSAH, | |
| Defendant. | Date:   December 15, 2016<br>Time:   10:00 a.m.<br>Judge: Morrison C. England<br>Dept:   7 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant U.S. Attorney, attorney for plaintiff, and Paul R. Irish, attorney for defendant, Kayode George Gansah, that the current change of plea hearing date of December 15,   2016, be vacated and the matter rescheduled for January 5, 2017 at 10:00 a.m.

The request to continue the change of plea hearing date is made for the following reasons:

(1)   Counsel for defendant has been previously assigned out for jury trial to Department 12 of the Sacramento County Superior Court, in *People v. Jeremy McMahon and Michelle Okumura*, Case No. 13F06549, alleging a violation of P.C. **'**187(a), together with a Special Circumstance allegation that the murder was committed during the crime of torture.

STIPULATION AND ORDER                    1

1  Although jury selection and evidence in that proceeding is not set to commence until January, 2017, the court has calendared hearings on Motions in Limine for December 15, 2016, commencing at 9:00 a.m.  Therefore, counsel for defendant does not believe he will be available for the Change of Plea proceeding in this case, calendared for that same morning.

(2)  Further, defendant Gansah is also pending on a Petition for Arrest Warrant for Offender Under Supervision which was filed in the Northern District of California on August 1, 2014, and transferred to this Eastern District of California on September 8, 2014.  That Petition is currently pending in Department 2 before Judge Troy Nunley.  It is counsel=s understanding, from Federal Probation, that Federal Probation intends to submit a memorandum to Judge Nunley recommending that the Petition be dismissed.  However, as of this date, counsel is unaware whether that has been submitted and/or whether it is currently under consideration by Judge Nunley.

(3)  Based on prior conversations, both Assistant U.S. Attorney Jason Hitt and myself believe that it would be appropriate and serve judicial economy for the charge in this proceeding, the subject of the Plea Agreement, and the Petition for violation of terms of supervised released from the Northern District of California to be resolved at the same time.

(4)  Therefore, in addition to counsel for defendant being in trial, additional time is needed for both the Government and defense to assure that a resolution of the Petition for Arrest Warrant for Offender Under Supervision has been accomplished in addition to the charge in this case.

The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  This exclusion of time includes the period from December 15, 2016, up to and including January 5, 2017.

///
////
///

STIPULATION AND ORDER                       2

///

Assistant U.S. Attorney Jason Hitt agrees to this request and has authorized defendant=s attorney, Paul R. Irish to sign this Stipulation on his behalf.

IT IS SO STIPULATED.

DATED: 12/12/2016                              /s/ Paul R. Irish
                                               PAUL R. IRISH, Attorney for Defendant
                                               KAYODE GEORGE GANSAH

DATED: 12/12/2016                              /s/ Paul R. Irish for
                                               JASON HITT
                                               Assistant U.S. Attorney

**ORDER**

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the change of plea hearing date currently set for December 15, 2016, shall be rescheduled to January 5, 2017, at 10:00 a.m. in Department 7.

Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from December 15, 2016, up to and including January 5, 2017.

IT IS SO ORDERED.

Dated: January 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                          3